UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

No.   1:22-mj-02514-Reid

UNITED STATES OF AMERICA

vs.

JOE NATHAN PYATT, JR.,

      **Defendant.**
_____/

CRIMINAL COVER SHEET

1. Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to August 9, 2013 (Mag. Judge Alicia Valle)?   __Yes  _x_ No

2. Did this matter originate from a matter pending in the Northern Region of the United States Attorney's Office prior to August 8, 2014 (Mag. Judge Shaniek Maynard)? __Yes  _x_ No

3. Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to October 3, 2019 (Mag. Judge Jared Strauss)?   __ Yes  _x_ No

                                 Respectfully submitted,

                                 JUAN ANTONIO GONZALEZ
                                 UNITED STATES ATTORNEY

BY:   _____
         MONICA K. CASTRO
         ASSISTANT UNITED STATES ATTORNEY
         Court ID No. A5502776
         99 NE 4th Street
         Miami, Florida 33132-2111
         Tel (305) 961- 9013
         Fax (305) 530-7976
         Monica.Castro@usdoj.gov

AO 91 (Rev. 08/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| United States of America<br>v.<br><br>JOE NATHAN PYATT, JR.,<br><br>_Defendant(s)_ | )<br>)<br>)  Case No.   1:22-mj-02514-Reid<br>)<br>)<br>) |

## CRIMINAL COMPLAINT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __March 24, 2022__ in the county of __Miami-Dade__ in the __Southern__ District of __Florida__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 875(c) | Interstate Transmissoin of a Threat to Injure |

This criminal complaint is based on these facts:
SEE ATTACHED AFFIDAVIT.

☑ Continued on the attached sheet.

_____
_Complainant's signature_  22254

Sophak Thach, Special Agent; FBI
_Printed name and title_

Attested to by the Applicant in accordance with the requirements of Fed.R.Crim.P. 4.1 by __FaceTime__

Date: __03/25/2022__

_____
_Judge's signature_

City and state:   __Miami, Florida__   The Honorable Lisette M. Reid, U.S. Magistrate Judge
_Printed name and title_

## AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT

I, Sophak Thach, being duly sworn, do hereby depose and state the following:

## BACKGROUND

1. I am a Special Agent with the Federal Bureau of Investigation ("FBI"), United States Department of Justice, currently assigned to the Joint Terrorism Task Force of the FBI Miami Field Division. I am an investigative or law enforcement officer of the United States within the meaning of Section 2510(7) of Title 18, United States Code. That is, I am an officer of the United States who is empowered by law to conduct investigations of and make arrests for violations of Title 18 of the United State Code. I have been a Special Agent with the FBI since June of 2008. Among my duties as a Special Agent, I am responsible for the investigation of a variety of violations of federal laws related directly to threats to life and stalking. I also have received extensive training as a Crisis Negotiator.

2. This Affidavit is made in support of a criminal complaint charging Joe Nathan Pyatt, Jr. ("PYATT") with transmission of interstate threats to injure the person of another, in violation of Title 18, United States Code, Section 875(c).

3. I am familiar with the facts and circumstances set forth in this Affidavit as a result of my participation in the investigation and my experience, training, and background as a Special Agent with the FBI. The information contained within this Affidavit is based upon my personal knowledge, as well as information and documentation that I obtained from other law enforcement officers and witnesses who have firsthand knowledge of the events described herein. This Affidavit is provided for the limited purpose of establishing probable cause in support of the criminal complaint and therefore does not contain all the facts known to me about this investigation.

## PROBABLE CAUSE

4. On or about November 9, 2021, PYATT submitted to a voluntary interview at the FBI office in Miramar, Florida. During the same, PYATT was shown an October 27, 2021 email from joe.nathan.pyattjr@gmail.com (the "SUBJECT EMAIL") to Miami@FBI.gov, stating "You're about to be my enemy." He was also shown November 7, 2021 posts from a Twitter account with identifiers "JoeNathanPyattJr" and "Joeislegitimat3," stating "@FBI I swear on my soul I'm taking you fucking pieces of shit out," and "You are an enemy." During the interview, PYATT initialed the aforementioned communications, confirming he had authored each. PYATT stated he made the posts out of anger and did not want or intend to harm anyone. He acknowledged that the posts seemed threatening, but stated he supports those in law enforcement who do their job correctly and follow the constitution.

5. On November 26, 2021, PYATT appeared at the FBI office in Miramar, Florida to express frustration that law enforcement was not following up on allegations, which he asserted in his prior November 9, 2021 interview, namely that he was a victim of sex trafficking orchestrated by the mob and cartel and that his son and son's mother had been kidnapped by a Latin King.[1] PYATT expressed his belief that many in law enforcement had turned against him and were attempting to paint him as a bad or crazy person. The interviewing agent noted that PYATT was very agitated during the interview and clearly upset. PYATT admitted during the interview that he struggled to keep control of his emotions and behavior.

6. Since that time, Miami@FBI.gov has received numerous agitated emails from the SUBJECT EMAIL asserting to possess information on a variety of criminal activity and accusing law

---

1 An interview of PYATT's son's mother produced no evidence that might substantiate these claims.

enforcement of failing to investigate and/or facilitating a cover up of his claims. Recent examples of such communications include the following:

    a. A March 9, 2022 email stating "[t]o the people working at the Miami FBI location. You're a fucking piece of shit."

    b. A March 9, 2022 email stating, in part, "[y]ou can't like disgraceful pieces of shit who endangered my safety and my family's safety. . . . It's just a bunch of cowards that I'm dealing with that have a death wish. Trust me I'm developing a passion to deal with it."

    c. A March 9, 2022 email acknowledging ownership of the Twitter account under username "@JoisLegitimate" (the "SUBJECT ACCOUNT").

    d. A March 15, 2022, email stating, in part, "[t]ell the fbi piece of shit rejects to stop trying to prevent me from keeping my testosterone at healthy levels."

    e. A March 16, 2022, email stating, in part, "Tell your fbi rejects to stay the fuck out of my way."

7. On March 24, 2022, the SUBJECT ACCOUNT posted "@FBIMiamiFl Stay the fuck out of my life before I start shooting at you!" The post was recorded and reported by the FBI's Office of Public Affairs with a post time of approximately 11:59 a.m. Investigators who were alerted to threat attempted to locate the SUBJECT ACCOUNT, but were directed to a page indicating the account was deleted. It is unclear when the SUBJECT ACCOUNT was deleted.

8. On March 25, 2022, at approximately 7:30 a.m., PYATT appeared at the FBI Miami Field Office in Miramar, Florida. He approached the guard gate and stated he wished to speak with an agent. Guards at the scene advised that the building was not open until 8:15 am. PYATT then

3

stated he needed to use the restroom. He was advised that he could not come in to use the restroom, nor could he wait inside the building. PYATT returned to his car.

9. Thereafter, PYATT was placed under arrest for a violation of Title 18, United States Code, Section 857(c). PYATT initially waived his <u>Miranda</u> rights and agreed to make a statement to law enforcement. Law enforcement asked PYATT about the Twitter accounts he operates. PYATT identified that he has a Twitter Account under the name "JoisLegitimate," that of the SUBJECT ACCOUNT. PYATT was asked whether he made any posts on that account yesterday, that is, March 24, 2022, and responded that he could not remember. When law enforcement read PYATT the text of the threatening communication posted on March 24, 2022, PYATT stated he did not want to talk about this subject. At that point, questioning ceased.

## CONCLUSION

10. Based on the foregoing facts, I respectfully submit there is probable cause to believe that on or about March 24, 2022, in the Southern District of Florida, PYATT transmitted an

[This Section Intentionally Blank]

interstate threat to injure the person of another, in violation of Title 18, United States Code, Section 875(c).

**FURTHER YOUR AFFIANT SAYETH NAUGHT.**

*[signature]* 22254
SOPHAK THACH, SPECIAL AGENT
FEDERAL BUREAU OF INVESTIGATION

Attested to by the Applicant in accordance
with the requirements of Fed. R. Crim. P. 4.1
by _____ this 25th day of March 2022.

*[signature]*
HONORABLE LISETTE M. REID
UNITED STATES MAGISTRATE JUDGE

5