# COURT MINUTES

## Chief Magistrate Judge Edwin G. Torres

King Building Courtroom 10-5     Date: 4/14/2022    Time: 10:00 a.m.

Defendant: Joe Nathan Pyatt    J#: 02748-506    Case #: 22-20138-CR-COOKE

AUSA: Monica Castro     Attorney: AFPD – Srilekha Jayanthi

Violation: THREATENING COMMUNICATIONS; CYBER HARASSMENT

Proceeding: Arraignment     CJA Appt:

Bond/PTD Held: ☐ Yes ☐ No     Recommended Bond:

Bond Set at: Pretrial Detention     Co-signed by:

- ☐ Surrender and/or do not obtain passports/travel docs
- ☐ Report to PTS as directed/or ___ x's a week/month by phone: ___ x's a week/month in person
- ☐ Random urine testing by Pretrial Services Treatment as deemed necessary
- ☐ Refrain from excessive use of alcohol
- ☐ Participate in mental health assessment & treatment
- ☐ Maintain or seek full-time employment/education
- ☐ No contact with victims/witnesses
- ☐ No firearms
- ☐ Not to encumber property
- ☐ May not visit transportation establishments
- ☐ Home Confinement/Electronic Monitoring and/or Curfew ___ pm to ___ am, paid by ___
- ☐ Allowances: Medical needs, court appearances, attorney visits, religious, employment
- ☐ Travel extended to:
- ☐ Other:

Language: English

**Disposition:**
Brady Order given.
**Defendant Arraigned**
*Reading of Indictment Waived*
*Not Guilty Plea Entered*
*Jury Trial Demanded*
*Standing Discovery Order Requested*

Time from today to ___ excluded from Speedy Trial Clock

**NEXT COURT APPEARANCE**   Date:    Time:    Judge:    Place:

Report RE Counsel:
PTD/Bond Hearing:
Prelim/Arraign or Removal:
Status Conference RE:
D.A.R. 10:27:04     Time in Court: 2